IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITIBANK, N.A. as Trustee, <br><br> Plaintiff, <br><br> v. <br><br> BERNADINE C. GUMBS and All Other Occupants, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:07-CV-2476-TWT |

## ORDER

This is a dispossessory action that was improperly removed to this Court. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending that the action be remanded to the Magistrate Court of Fayette County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fayette County.

SO ORDERED, this 6 day of November, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\07\Citibank, N.A\r&r.wpd